# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DCORIUS K. ALFORD**                                                    **PLAINTIFF**

**v.**                                                         **No. 4:22CV52-GHD-JMV**

**CRYSTAL SPRINGS CITY POLICE DEPT., ET AL.**                **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On April 6, 2022, the court entered an order requiring the plaintiff to complete and return certain forms for the expeditious administration of this case by May 6, 2022. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 18th day of May, 2022

/s/ Glen H. Davidson
SENIOR UNITED STATES DISTRICT JUDGE