**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DCORIUS K. ALFORD**                                                    **PETITIONER**

**v.**                                                              **No. 4:22-cv-00052-GHD-JMV**

**CRYSTAL SPRINGS CITY PLICE DEPT., ET AL.**                **RESPONDENT(S)**

**ORDER**

The Petitioner, DCorius K. Alford has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254.   The Petitioner has not, however, used the court's standard form for such petitions.   The court uses these forms for the expeditious administration of *habeas corpus* petitions.   As such, the petitioner must complete and return the enclosed form within 21 days.   Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 6th day of June, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE