IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DCORIUS K. ALFORD                        PLAINTIFF

v.                                No. 4:22CV52-GHD-JMV

CRYSTAL SPRINGS CITY POLICE DEPT., ET AL.        DEFENDANTS

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On June 6, 2022, the court entered an order requiring the plaintiff, within 21 days, to complete and return the court's form petition for seeking relief under 28 U.S.C. § 2254. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has not done so, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 22nd day of August, 2022.

_____
SENIOR JUDGE